**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

GEORGE ASSAD,

     *Plaintiff*,

     v.

TWO HARBORS INVESTMENT CORP.,
*et al.*,

     *Defendants*.

**Civil No.: 1:26-cv-01896-JRR**

## <u>ORDER</u>

A hearing on Plaintiff's Motion for Temporary Restraining Order (ECF No. 2) shall take place Monday, May 18, 2026, at 10:00 a.m., in Courtroom 3A.  In the event the court grants temporary injunctive relief at the conclusion of the hearing, the court will schedule a hearing on Plaintiff's request for preliminary injunction (set forth in ECF No. 2) and set a briefing schedule regarding same.  Counsel shall be prepared to schedule these matters at the hearing on May 18, 2026, including knowledge and authority to schedule vis-à-vis critical witnesses and client representatives.

May 14, 2026

/s/ _____
Julie R. Rubin
United States District Judge