**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | |
|---|---|
| GEORGE ASSAD,              ) | |
|          ) | |
| **Plaintiff,**         ) | |
|          ) | |
| **v.**          ) | **Civil Action No. 1:26-cv-01896-JRR** |
|          ) | |
| **TWO HARBORS INVESTMENT**   ) | |
| **CORPORATION,** *et al.,*     ) | |
|          ) | |
| **Defendants.**      ) | |
| _____ ) | |

**DECLARATION UNDER PENALTY OF PERJURY OF WILLIAM ALDEN**
**MCDANIEL, JR. IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S**
**MOTION FOR A TEMPORARY RESTRAINING ORDER**

William Alden McDaniel, Jr., under penalty of perjury and upon personal knowledge, pursuant to 28 U.S.C. § 1746 declares as follows:

1.      My name is William Alden McDaniel, Jr.

2.      I am over eighteen years of age.

3.      I am  competent to testify to the matters set forth herein.

4.      I am an attorney admitted to the bar of this Court in good standing.

5.      I am an attorney at Ballard Spahr LLP, counsel for Defendants Two Harbors Investment Corporation, Stephen G. Kasnet, William Greenberg, E. Spencer Abraham, James J. Bender, Sanjiv Das, Karen Hammond, James A. Stern,  and Hope B. Woodhouse in this action.

6.      I make this Declaration in support of Defendants' Opposition to Plaintiff's Motion for a Temporary Restraining Order (the "Opposition Brief").

7.      Attached to the Opposition Brief as Exhibit 1 is a complete and accurate electronic version of a Definitive Additional Proxy on Schedule 14A filed May 11, 2026, by Two Harbors Investment Corporation with the United States Securities And Exchange Commission, as downloaded from the Electronic Data Gathering, Analysis, and Retrieval database ("EDGAR") maintained by the Securities and Exchange Commission and made available to the public.

8.      Attached to the Opposition Brief as Exhibit 2 is a complete and accurate electronic version of a Definitive Additional Proxy on Schedule 14A filed May 13, 2026, by Two Harbors Investment Corporation with the United States Securities And Exchange Commission, as downloaded from EDGAR.

9.      Attached to the Opposition Brief as Exhibit 3 is a complete and accurate electronic version of a Proxy Statement filed May 14, 2026, by UWM Holdings Corporation with the United States Securities And Exchange Commission, as downloaded from EDGAR.

10.     Attached to the Opposition Brief as Exhibit 4 is a complete and accurate electronic version of a Proxy Statement/Prospectus filed February 12, 2026, by Two Harbors Investment Corporation with the United States Securities And Exchange Commission, as downloaded from EDGAR.

11.     Attached to the Opposition Brief as Exhibit 5 is a complete and accurate electronic version of a Definitive Additional Proxy on Schedule 14A filed May 15, 2026, by Two Harbors Investment Corporation with the United States Securities And Exchange Commission, as downloaded from EDGAR.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 15, 2026.  28 U.S.C. § 1746.

Dated: May 15, 2026

/s/ *WAMcDaniel, Jr.*

William Alden McDaniel, Jr.
mcdanielw@ballardspahr.com
MD Bar No. 198406010245
Fed. Bar No. 00571
**BALLARD SPAHR LLP**
111 South Calvert Street
Suite 27
Baltimore, Maryland 21202-6174
Tel. (410) 528-5600
Fax (410) 528-5650

3