**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | |
|---|---|
| **GEORGE ASSAD,**       ) | |
|           ) | |
| **Plaintiff,**       ) | |
|           ) | |
| **v.**       ) | **Civil Action No. 1:26-cv-01896-JRR** |
|           ) | |
| **TWO HARBORS INVESTMENT**       ) | |
| **CORPORATION,** *et al.,*       ) | |
|           ) | |
| **Defendants.**       ) | |
| _____ ) | |

**~ORDER~**
**(Plaintiff's Motion For Temporary Restraining Order)**

**UPON CONSIDERATION OF** Plaintiff's Motion For Temporary Restraining Order, the

opposition thereto, the reply, the argument of counsel, the record in this case, and the applicable

law, it is _____

**ORDERED** that Plaintiff's Motion For Temporary Restraining Order hereby is **DENIED**;

and it is further

**ORDERED** that Plaintiff's Complaint be and hereby is **DISMISSED**.

_____
**JUDGE, UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**